*In the matter of Obadiah Hoag, an habitual drunkard.* W. BARNES, for the petitioner; C. B. GAY, for the committee. Application by the habitual drunkard to remove his commit-

3

tee and to appoint another in his place, denied. Committee allowed his taxable costs and all necessary expenses in opposing the application ; to be paid out of the estate of Hoag in his hands as such committee.